Note Changes Made by Court

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>CALIFORNIA AVERLAND CONSTRUCTION, INC., a California corporation, JOSEPH SON BYN KIM, an individual resident of California, CONNIE KIM, an individual resident of California,<br><br>Defendants. | CASE NO. 2:19-CV-00528-JFW(RAOx)<br><br>**DEFAULT JUDGMENT** |

    The Defendant, California Averland Construction, Inc., a California corporation was regularly served with process, has failed to appear and answer Allied World Insurance Company's ("Allied World") Complaint and its Default has been entered. The answers of Defendants Joseph Son Byn Kim and Connie Kim were stricken by the Court, and their default entered.

    Defendants California Averland Construction, Inc., Joseph Son Byn Kim and Connie Kim are not infants or incompetent persons, and the Service Members Civil Relief Act of 2003 is not applicable to Defendants California Averland Construction, Inc., Joseph Son Byn Kim and Connie Kim.

- 1 -
**DEFAULT JUDGMENT**

The issues of the amount of damages and whether or not there is sufficient evidence to support the judgment requested by Allied World were submitted to the Court by Motion supported by Affidavits.

Based upon the Motion for Default Judgment, the Affidavits submitted and all other records and documents on file, IT IS ORDERED, ADJUDGED, AND DECREED:

Judgment is entered in favor of Plaintiff, Allied World Insurance Company, a Delaware corporation, and jointly and severally against Defendants, California Averland Construction, Inc., a California corporation; Joseph Son Byn Kim, an individual resident of California; and Connie Kim, an individual resident of California, in the principal sum of $1,279,866.15 as to the Taft College Student Center Project; and $423,019.35 as to the Norwalk La Mirada Project, with interest in the sum of $0, for a total Judgment sum of $1,702,885.50.

The Court finds that there is no just reason for delay in the entry of a final joint and several judgment against Defendants California Averland Construction Inc., Joseph Son Byn Kim and Connie Kim, as all claims asserted by Plaintiff on their Complaint are resolved.

DATE: December 13, 2019

_____
Honorable John F. Walter
United States District Judge